## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARLOS E. MORAL, et al. | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   Case No. 6:21-CV-01070-HLT-TJJ |
| | ) |
| PHH MORTGAGE CORPORATION, | ) |
| et al., | ) |
| **Defendants.** | ) |

## DEFENDANT JPMORGAN CHASE & CO.'s MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT

Defendant JPMorgan Chase & Co. ("Chase & Co."), pursuant to Fed. R. Civ. P. 12(b)(6) and 12(e), moves to dismiss Carlos and Julie Moral's (the "Plaintiffs") Complaint as to Chase & Co. for failure to state a claim upon which relief can be granted or, in the alternative, for a more definite statement because:

   I.   **Plaintiffs Fail To Plead Sufficient Facts Under Fed. R. Civ. P. 8 Because They Conflate Actions Of All Defendants. Plaintiffs fail to allege any facts against Chase & Co.**

   II.  **In The Alternative, The Court Should Order Plaintiffs To Provide A More Definite Statement So Defendants Know Which Allegations Pertain to Which Parties.**

Plaintiffs fail to state a short and plain statement of their claims. In their attempt to implicate as many Defendants as possible, Plaintiffs fail to adequately plead facts sufficient to state a claim against Chase & Co.  Plaintiffs' Complaint should be dismissed as to Chase & Co., or Plaintiffs should be ordered to specify the claims and allegations they are making against Chase & Co.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum in Support, the Court should grant Defendant Chase & Co.'s motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), or in the alternative, require Plaintiffs to provide a more definite statement pursuant to Fed. R. Civ. P. 12(e).

603510559.1

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By:   /s/ Michelle M. Masoner
     Michelle M. Masoner, KS Bar No. 18424
     1200 Main Street, Suite 3800
     Kansas City, Missouri 64105-2100
     Telephone: (816) 374-3200
     Facsimile:  (816) 374-3300
     michelle.masoner@bclplaw.com

ATTORNEYS FOR DEFENDANT
JPMORGAN CHASE & CO.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that April 30, 2021, the foregoing was served via the Court's ECF system to all counsel of record:

/s/ Michelle M. Masoner
Attorney for Defendant