Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street N., Suite 450
Wichita, Kansas 67206-2936
Telephone: (316) 262-4000
Randy@depewgillen.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CARLOS E. MORAL and <br> JULIE K. MORAL, <br>           Plaintiffs, <br> v. <br> PHH MORTGAGE CORPORATION; <br> OCWEN LOAN SERVICING, LLC; <br> RESIDENTIAL ASSET MORTGAGE <br> PRODUCTS, INC.; BANK OF NEW <br> YORK MELLON TRUST COMPANY, <br> NATIONAL ASSOCIATION; and <br> JPMORGAN CHASE & CO. <br>           Defendants. | Case No.: 21-1070-HLT-TJJ |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE ONLY AS TO JPMORGAN CHASE & CO.**

COME NOW the plaintiffs, by and through their counsel, Randall K. Rathbun of Depew Gillen Rathbun & McInteer LC, and dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Counsel for defendant JPMorgan is not opposed to the dismissal.   As provided by federal rule, this is a dismissal without prejudice only as to defendant JPMorgan Chase & Co.

1

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Tel: (316) 262-4000
Email: Randy@depewgillen.com
*Attorneys for Plaintiffs*

APPROVED:

BRYAN CAVE LEIGHTON PAISNER LLP

/s/Michelle M. Masoner
Michelle M. Masoner #18424
1700 Main Street, Suite 3800
Kansas City, MO 64105-2100
Tel: (816) 374-3200
Email: michelle.masoner@bclplaw.com
*Attorneys for Defendant JPMorgan Chase & Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2021, the above and foregoing **Notice of Voluntary Dismissal Without Prejudice Only as to JPMorgan Chase & Co.** was filed via ECF and notice sent to:

Eric D. Martin
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 1600
St. Louis, MO 63102

William J. Easley
Bryan Cave Leighton Paisner LLP
1200 Main Street, Suite 3800
Kansas City, MO 64105
*Attorneys for Defendants* BONY, PHH and Ocwen

/s/Randall K. Rathbun
Randall K. Rathbun #09765