IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **CARLOS E. MORAL, et al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case No. 6:21-CV-01070-HLT-TJJ |
| v. | ) |
| | ) |
| **PHH MORTGAGE CORPORATION *et al.*,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION FOR ENTRY OF JOINT PROTECTIVE ORDER

Defendants PHH Mortgage Corporation ("PHH"), Ocwen Loan Servicing, LLC ("Ocwen") and The Bank of New York Mellon Trust Company, National Association F/K/A The Bank of New York Trust Company, N.A. As Successor To JPMorgan Chase Bank, N.A., As Trustee For Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP3 ("BONY" collectively with PHH and Ocwen, the "Defendants"), with the agreement of Plaintiffs Carlos E. Moral and Julie K. Moral ("Plaintiffs" collectively with Defendants, the "Parties") move this Court for entry of a Joint Protective Order, which has been agreed and stipulated to by the Parties. In support of this motion, the Defendants state as follows:

1. The Parties anticipate that, in the course of discovery in this case, confidential documents and/or information may be requested and produced by the Parties or other persons or entities.

2. The Parties are interested in permitting discovery to proceed without delay occasioned by possible disputes about the confidential nature of the documents and/or information being produced.

3. Fed. R. Civ. P. 26(c) provides for the issuance of a protective order limiting the disclosures and use of information and documents for good cause.

4. Counsel for the Parties have consulted and are in agreement regarding the terms of the Proposed Protective Order.

5. Because the Parties are in agreement, granting this request will not prejudice any party to this case.

6. Pursuant to the Report of Parties' Planning Conference submitted to the Court, the Proposed Protective Order will be filed concurrently with this Motion.

For the reasons set forth herein, the Parties jointly request that the Court enter the Proposed Protective Order, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ William J. Easley*
Eric D. Martin, KS #25696
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
eric.martin@bclplaw.com

and

William J. Easley, KS # 27863
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
Telephone: (816) 374-3200
Facsimile: (816) 374-3300
will.easley@bclplaw.com

ATTORNEYS FOR DEFENDANTS

2

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to counsel of record.

*/s/ William J. Easley*
Attorney for Defendants