Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street N., Suite 450
Wichita, Kansas 67206-2936
Telephone: (316) 262-4000
Randy@depewgillen.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CARLOS E. MORAL and <br> JULIE K. MORAL, <br><br> Plaintiffs, <br><br> v. <br><br> PHH MORTGAGE CORPORATION; <br> OCWEN LOAN SERVICING, LLC; <br> RESIDENTIAL ASSET MORTGAGE <br> PRODUCTS, INC.; BANK OF NEW <br> YORK MELLON TRUST COMPANY, <br> NATIONAL ASSOCIATION <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 21-1070-HLT-TJJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO AMEND COMPLAINT**

COME NOW the plaintiffs, Carlos E. Moral and Julie K. Moral, by and through their counsel, Randall K. Rathbun of Depew Gillen Rathbun & McInteer, LC, and respectfully request that this Court enter an order allowing them to file an Amended Complaint, a copy of which is attached hereto as Exhibit A. In support of their motion, plaintiffs state as follows:

1.  The purpose of the amendment is to add a party and claims that plaintiffs recently discovered through the defendants' production of documents on

December 13, 2021.

    2.    Defendants will not be prejudiced by the amending of the complaint as it is early in the discovery process.

    3.    The plaintiffs hereby incorporate by reference their Brief in Support of Plaintiffs' Motion to Amend Complaint.

WHEREFORE, plaintiffs respectfully pray that the Court enter an order allowing them to file the proposed Amended Complaint.

Respectfully submitted,

DEPEW GILLEN RATHBUN & MCINTEER LC

/s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
(316) 262-4000
Randy@depewgillen.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of December, 2021, the above and foregoing **Motion to Amend Complaint** was filed via ECF and notice sent to:

Eric D. Martin
Bryan Cave Leighton Paisner LLP
One Metropolitan Square
211 North Broadway, Suite 1600
St. Louis, MO 63102

William J. Easley
Bryan Cave Leighton Paisner LLP
1200 Main Street, Suite 3800
Kansas City, MO 64105
*Attorneys for Defendants* BONY, PHH and Ocwen

/s/Randall K. Rathbun
Randall K. Rathbun #09765