IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CARLOS E. MORAL, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 6:21-CV-01070-HLT-TJJ |
| v. | ) |
| | ) |
| PHH MORTGAGE CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND COMPLAINT [ECF 36]

Defendants PHH Mortgage Corporation ("PHH"), Ocwen Loan Servicing, LLC ("Ocwen") and The Bank of New York Mellon Trust Company, National Association F/K/A The Bank of New York Trust Company, N.A., As Successor To JPMorgan Chase Bank, N.A., As Trustee For Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP3 ("BONY" collectively with PHH and Ocwen, the "Defendants"), state that they do not object to Plaintiff Carlos E. Moral and Julie K. Moral's Motion to Amend Complaint [ECF 36] (the "Motion").

While Defendants dispute statements in Plaintiff's Memorandum in Support of the Motion Leave [ECF 37], including the characterization of the documents produced in discovery and the bases for any of the claims asserted in the proposed Amended Complaint, Defendants will address these issues in responsive pleadings. Defendants note that the addition of a new party defendant (Indecomm) as requested by plaintiffs will necessitate the rescheduling of the mediation and other dates in the scheduling order.

USA\1080300.004288\604636436.1

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ William J. Easley*
    Eric D. Martin, KS #25696
    One Metropolitan Square
    211 North Broadway, Suite 3600
    St. Louis, Missouri 63102
    Telephone:  (314) 259-2000
    Facsimile:  (314) 259-2020
    eric.martin@bclplaw.com

    and

    William J. Easley, KS # 27863
    1200 Main Street, Suite 3800
    Kansas City, Missouri 64105
    Telephone:  (816) 374-3200
    Facsimile:  (816) 374-3300
    will.easley@bclplaw.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 31, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to counsel of record.

    */s/ William J. Easley*
    Attorney for Defendants

USA\1080300.004288\604636436.1