IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

CARLOS E. MORAL, *et al.*

      Plaintiffs,

v.

PHH MORTGAGE CORPORATION, *et al.*

      Defendants.

Case No. 6:21-CV-01070-HLT-TJJ

**WITHDRAWAL OF COUNSEL AND
ENTRY OF APPEARANCE BY SUBSTITUTED COUNSEL**

PLEASE TAKE NOTICE that pursuant to Local Rule 83.5.5(c) William J. Easley and Eric Martin and the law firm of Bryan Cave Leighton Pasner, LLP hereby withdraw their appearances as attorneys for Defendants PHH Mortgage Corporation, Ocwen Loan Servicing, LLC, and The Bank of New York Mellon Trust Company, National Association F/K/A The Bank of New York Trust Company, N.A., As Successor to JPMorgan Chase Bank, N.A., As Trustee For Residential Asset Mortgage Productions, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP3 (collectively "Defendants").  Contemporaneously herewith, Justin M. Nichols and Isaac W. Straub of the law firm of Kutak Rock LLP, 2300 Main Street, Suite 800, Kansas City, MO 64108 enter their appearances as substituted counsel for Defendants.

Pursuant to Local Rule 83.5.5, this Withdraw of Counsel and Entry of Appearance of Substituted Counsel will be served pursuant to Fed. R. Civ. P. 5(b) on the clients and all attorneys of record in the case.

    ///

Respectfully submitted:

| | |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP | KUTAK ROCK LLP |
| */s/* Eric D. Martin | */s/* Justin M. Nichols |
| Eric D. Martin          KS #25696 | Justin M. Nichols      KS #21902 |
| One Metropolitan Square | Isaac W. Straub        KS #28430 |
| 211 N. Broadway, Suite 3600 | 2300 Main Street, Suite 800 |
| St. Louis, MO 63102 | Kansas City, MO 64108 |
| P: 314-259-2000; Fax: 314-259-2020 | P: 816-960-0090; Fax: 816-960-0041 |
| eric.martin@bclplaw.com | justin.nichols@kutakrock.com |
| | issac.straub@kutakrock.com |
| -and- | ATTORNEYS FOR DEFENDANTS |
| William J. Easley      KS #27863 | |
| 1200 Main Street, Suite 3800 | |
| Kansas City, MO 64105 | |
| P: 816-374-3200; Fax: 816-374-3300 | |
| will.easley@bclplaw.com | |

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2022, a true and correct copy of the above and foregoing *Withdrawal of Counsel and Entry of Appearance by Substituted Counsel* was filed with the Court's CM/ECF electronic filing system which will send a notification of such filing to all counsel of record.

Additionally, a true and correct copy of the above and foregoing pleading will be served on Defendants PHH Mortgage Corporation, Ocwen Loan Servicing, LLC, and The Bank of New York Mellon Trust Company, National Association F/K/A The Bank of New York Trust Company, N.A., As Successor to JPMorgan Chase Bank, N.A., As Trustee For Residential Asset Mortgage Productions, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-SP3 via electronic mail.

                                           */s/ Justin M. Nichols*
                                           Attorney for Defendants

4891-6255-3868