# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **CARLOS E. MORAL, et al,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) Case No.  6:21-CV-01070-HLT-TJJ |
| **v.** | ) |
| | ) |
| **PHH MORTGAGE CORPORATION** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT [Doc. 40]

Defendants PHH Mortgage Corporation ("PHH"), Ocwen Loan Servicing, LLC ("Ocwen") and Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A., As Successor to JPMorgan Chase Bank, N.A. As Trustee for Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2006-SP3 ("BONY," and collectively with PHH and Ocwen, "Defendants") move the Court to dismiss Plaintiffs Carlos E. Moral's and Julie K. Moral's (collectively, "Plaintiffs") First Amended Complaint [Doc. 40] (the "Complaint") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Defendants are filing Suggestions in Support of this motion, which describe in greater detail the many reasons why Plaintiffs' claims should be dismissed. Defendants incorporate by reference as though set forth fully in this motion the arguments made in those Suggestions in Support of this motion.

**KUTAK ROCK LLP**

By: */s/ Justin M. Nichols*
Justin M. Nichols, KS# 21902
Isaac W. Straub, KS#28430
2300 Main Street, Suite 800
Kansas City, MO 64108
Telephone: (816) 960-0090
Facsimile: (816) 960-0041
Justin.Nichols@KutakRock.com
Isaac.Straub@KutakRock.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to counsel of record.

*/s/ Justin M. Nichols*
Attorney for Defendants