# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CARLOS E. MORAL and JULIE K. MORAL, | |
| Plaintiffs, | |
| v. | Case No. 6:21-cv-01070-HLT-TJJ |
| PHH MORTGAGE CORPORATION, et al., | |
| Defendants. | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that Philip D. Robben be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion. I have verified that the information contained in the affidavit is true and accurate.

Dated this 15th day of February, 2022.

Respectfully submitted,

Dated: February 15, 2022

**BERKOWITZ OLIVER LLP**

/s/ Anthony J. Durone
Anthony J. Durone  KS Bar No. 17492
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone:  (816) 561-7007
Facsimile:  (816) 561-1888
Email       adurone@berkowitzoliver.com

*Attorneys for Defendant Indecomm Holdings, Inc. d/b/a Indecomm Global Services*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of filing to all counsel of record.

      /s/ Anthony J. Durone

*Attorney for Defendant Indecomm Holdings, Inc. d/b/a Indecomm Global Services*