# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| CARLOS E. MORAL and JULIE K. MORAL,<br><br>Plaintiffs,<br><br>v.<br><br>PHH MORTGAGE CORPORATION; OCWEN LOAN SERVICING, LLC; BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION; and INDECOMM HOLDINGS, INC. d/b/a INDECOMM GLOBAL SERVICES,<br><br>Defendants. | Case No.: 21-cv-01070-HLT-TJJ |

## DEFENDANT INDECOMM HOLDINGS, INC.'S
## MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

Defendant Indecomm Holdings, Inc. d/b/a Indecomm Global Services moves the Court to dismiss Plaintiffs Carlos E. Moral and Julie K. Moral's First Amended Complaint (Doc. 40) with prejudice pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6), or, in the alternative, to strike paragraph 67 of the FAC pursuant to Federal Rule of Civil Procedure 12(f).

In support of its motion, Indecomm relies on its Memorandum of Law in Support of Motion to Dismiss the First Amended Complaint filed contemporaneously herewith.

Dated: February 15, 2022

Respectfully submitted,

BERKOWITZ OLIVER LLP

/s/ Anthony J. Durone
Anthony J. Durone (KS Bar No. 17492)
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
Email: adurone@berkowtizoliver.com

KELLEY DRYE & WARREN LLP

Philip D. Robben
  (*Pro Hac Vice* motion pending)
Randall L. Morrison, Jr.
  (*Pro Hac Vice* motion pending)
3 World Trade Center
175 Greenwich Street
New York, New York  10007
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897
Email:  probben@kelleydrye.com
Email:  rmorrison@kelleydrye.com

*Attorneys for Defendant Indecomm Holdings, Inc. d/b/a Indecomm Global Services*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of filing to all counsel of record.

/s/ Anthony J. Durone
*Attorneys for Defendant Indecomm Holdings, Inc. d/b/a Indecomm Global Services*