Randall K. Rathbun #09765
Depew Gillen Rathbun & McInteer LC
8301 E. 21st Street N., Suite 450
Wichita, Kansas 67206-2936
Telephone: (316) 262-4000
Randy@depewgillen.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CARLOS E. MORAL and JULIE K. MORAL, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No.: 21-1070-HLT-TJJ ) |
| PHH MORTGAGE CORPORATION; OCWEN LOAN SERVICING, LLC; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION and INDECOMM HOLDINGS, INC., | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

**MOTION TO AMEND COMPLAINT**

COME NOW the plaintiffs, Carlos E. Moral and Julie K. Moral, and respectfully request the Court to enter an order allowing them to file a Second Amended Complaint. In support of their motion, plaintiffs state:

1. Plaintiffs have found new information which should be considered by the Court in ruling on the motions to dismiss filed by the PHH defendants (Doc. 52) and Indecomm (Doc. 58).

2. The Second Amended Complaint will not prejudice any party as only very limited discovery has occurred to date.

3. A copy of the proposed Second Amended Complaint is attached hereto as Exhibit A.

4. Plaintiffs' brief in support of this motion is contained within the plaintiffs' response to the PHH defendants' motion to dismiss, which will be filed instanter.

WHEREFORE, plaintiffs respectfully request that the Court enter an order allowing them to file their Second Amended Complaint.

        Respectfully submitted,

        DEPEW GILLEN RATHBUN & MCINTEER LC

        /s/Randall K. Rathbun
        Randall K. Rathbun #09765
        Dylan P. Wheeler #28661
        8301 E. 21st Street N., Suite 450
        Wichita, KS 67206-2936
        (316) 262-4000
        Randy@depewgillen.com
        Dylan@depewgillen.com
        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2022, the above and foregoing **Motion to Amend Complaint** was filed via ECF and notice sent to:

Justin M. Nichols
Isaac W. Straub
Kutak Rock LLP
2300 Main Street, Suite 800
Kansas City, MO 64108
*Attorneys for Defendants* PHH, BONY and Ocwen

Anthony J. Durone
Berkowitz Oliver LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108

Philip D. Robben
Randall K. Morrison
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
*Attorneys for Defendant Indecomm*

/s/Randall K. Rathbun
Randall K. Rathbun #09765